UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'RON BOTTS,<br><br>              Plaintiff,<br><br>       v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>              Defendants. | Case No. 1:20-cv-01718-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT**<br><br>(Doc. 13) |

  Before the Court is Plaintiff's motion for an order directing the U.S. Marshal Service to effect service of his complaint on Defendants. (Doc. 13.) As explained in the Court's First Informational Order, per 28 U.S.C. § 1915A, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. (Doc. 10 at 3.) A *pro se* plaintiff may not proceed with such a legal action until the Court screens the complaint and finds that it states a cognizable claim for relief. (*Id.*) Because Plaintiff is a prisoner appearing *pro se* and sues governmental entities, his complaint is subject to screening, and he may not proceed in this case until the screening is complete.

///
///
///
///

1

The Court has not yet screened the complaint, but it will do so in due course. If the Court finds that the complaint states a cognizable claim for relief, it will direct service on the appropriate defendants at that time. (*See id.*) Accordingly, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

Dated: **January 26, 2021**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE