UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'RON BOTTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01718-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 16)<br><br>30-DAY DEADLINE |

　　　On July 19, 2021, the Court issued a screening order directing Plaintiff to file a first amended complaint curing the deficiencies in his pleading or a notice of voluntary dismissal. (Doc. 15.) Plaintiff requests an extension of time to file a first amended complaint. (Doc. 16.) Good cause appearing, the Court GRANTS Plaintiff's motion. Plaintiff shall have **30 days** from the date of service of this order to comply with the Court's screening order.

IT IS SO ORDERED.

　　　Dated: __August 10, 2021__　　　　　　___/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE